IN THE UNITD STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PRIME TV, LLC,                       )
                                     )
    Plaintiff,                      )
                                     )
vs.                                  )
                                     )
TRAVELERS INSURANCE COMPANY          )      Civil Action
and TRAVELERS PROPERTY               )      Case Number 1:01 CV 00952
CASUALTY INSURANCE COMPANY,          )
                                     )
    Defendants.                     )

## STIPULATION OF DISMISSAL

NOW COME the parties, pursuant to Rule 41 of the Rules of Civil Procedure, and hereby voluntarily dismiss the above-referenced action, with prejudice.

This 1st day of November, 2005.

                VAN CAMP, MEACHAM & NEWMAN, PLLC
                Attorneys for Plaintiff

By: _____
                Thomas M. Van Camp   NCSB#16872
                P. O. Box 1389
                Pinehurst, NC 28370
                Tele   :   910-295-2525
                Fax    :   910-295-2001
                E-mail: thomasv@vancamplaw.com

and

DRINKER, BIDDLE & REATH, LLP
Attorneys for Defendants

By: _____
Frederick P. Marczyk
500 Campus Drive
Florham Park, NJ 07932-1047
Tele   :   973-360-1100
Fax    :   973-360-9831
E-mail: Frederick.marczyk@dbr.com